

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

     -against-

BANK OF CYPRUS
PUBLIC COMPANY LIMITED,

               Defendant.

---

Index No.: 07 CIV 9234 (CSH)

      WHEREAS, on October 15, 2007, the United States filed the Complaint in this action; and

      WHEREAS, on October 16, 2007, defendant Bank of Cyprus Public Company Limited (the "Bank"), pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, waived service of a summons; and

      WHEREAS, pursuant to Rule 12(a)(1)(B) of the Federal Rules of Civil Procedure, the time for the Bank to answer, move or otherwise respond to the Complaint expires on December 14, 2007;

      IT IS HEREBY STIPULATED AND AGREED that the time for the Bank to answer, move or otherwise respond to the Complaint is extended to and including January 25, 2008;

      IT IS FURTHER STIPULATED AND AGREED that the time for the United States to serve an opposition to a motion to dismiss is extended to and including March 24, 2008; and

IT IS FURTHER STIPULATED AND AGREED that the time for the Bank to serve a reply to any opposition served by the United States is extended to and including April 23, 2008.

Dated: New York, New York
December 6, 2007

| | |
|---|---|
| MICHAEL J. GARCIA<br>UNITED STATES ATTORNEY<br>FOR THE SOUTHERN DISTRICT<br>OF NEW YORK | HUGHES HUBBARD & REED LLP |
| By: Rua M. Kelly,<br>Assistant United States Attorney | By: John Fellas<br>Marc A. Weinstein |
| One Saint Andrews Place<br>New York, New York 10007<br>(212) 637-2471 | One Battery Park Plaza<br>New York, New York 10004<br>(212) 837-6000 |
| *Attorneys for Plaintiff*<br>*the United States of America* | *Attorneys for Defendant*<br>*Bank of Cyprus Public Company Limited* |

SO ORDERED: 01/09/08

CHARLES S. HAIGHT, JR., U.S.D.J.