*MEMO ENDORSED*

# Hughes Hubbard

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
hugheshubbard.com

Marc A. Weinstein
Direct Dial: 212-837-6460
Direct Fax: 212-299-6460
weinstei@hugheshubbard.com

January 24, 2008

BY HAND

Honorable Charles S. Haight
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1940
New York, NY 10007-1312

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 1-25-08

Re:  *United States v. Bank of Cyprus Public Company Limited*,
No. 07 Civ. 9234 (CSH)

Dear Judge Haight:

We represent defendant Bank of Cyprus Public Company Limited (the "Bank") in this action. The Bank's time to answer or move with respect to the Complaint has been extended by stipulation and order until January 25, 2008.

We plan to file on behalf of the Bank a motion to dismiss the Complaint for lack of subject matter jurisdiction, personal jurisdiction, statute of limitations, and failure to state a claim. We respectfully request a page limit extension for the memoranda of law to be submitted in support of the motion, to which plaintiff's counsel, Rua Kelly, has consented. Counsel jointly request that the Bank and the plaintiff be permitted to submit supporting and opposing memoranda of law, respectively, of up to 36 pages and that the Bank be permitted to submit a reply memorandum of law of up to 18 pages.

Respectfully,

Marc Weinstein

cc: Rua Kelly, Esq..

01/25/08

So Ordered.

*/s/ Charles S. Haight*
USDJ