HUGHES HUBBARD & REED LLP
John Fellas
Marc A. Weinstein
Sarah L. Cave
Hagit Elul
One Battery Park Plaza
New York, New York 10004
(212) 837-6000 (telephone)
(212) 422-4726 (facsimile)

*Attorneys for Defendant Bank of Cyprus Public Company Limited*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  -against-<br><br>BANK OF CYPRUS<br>PUBLIC COMPANY LIMITED,<br><br>        Defendant. | Index No.: 07 CIV 9234 (CSH) |

### DEFENDANT BANK OF CYPRUS PUBLIC COMPANY LIMITED'S
### NOTICE OF MOTION TO DISMISS THE COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Declaration of John Fellas, Declaration of Louis Pochanis, Declaration of Stephen George Byrne, and Declaration of William Blair QC, and all prior pleadings and papers filed in this action, Defendant Bank of Cyprus Public Company Limited will move this Court, before the Honorable Charles S. Haight, at the United States Courthouse, 500 Pearl Street, Room 1940, New York, New York 10007-1581, for an Order pursuant to Rules 12(b)(1), 12(b)(2), and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the complaint filed in this action in its entirety.

Dated: New York, New York
January 25, 2008

HUGHES HUBBARD & REED LLP

By: /s/ John Fellas
John Fellas
Marc A. Weinstein
Sarah L. Cave
Hagit Elul
One Battery Park Plaza
New York, New York 10004
(212) 837-6000

*Attorneys for Defendant Bank of Cyprus Public Company Limited*