HUGHES HUBBARD & REED LLP
John Fellas
Marc A. Weinstein
Sarah L. Cave
Hagit Elul
One Battery Park Plaza
New York, New York 10004
(212) 837-6000 (telephone)
(212) 422-4726 (facsimile)

*Attorneys for Defendant Bank of Cyprus Public Company Limited*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

BANK OF CYPRUS
PUBLIC COMPANY LIMITED,

                Defendant.

Index No.: 07 CIV 9234 (CSH)

### CERTIFICATE OF SERVICE

       I, Hagit Elul, being duly sworn, deposes and says, that I am over the age of eighteen (18) years, not a party to this action, and that, on the 25th day of January 2008, I caused to be served by ECF and by FedEx a true and accurate copy of Defendant Bank of Cyprus Public Company Limited's Motion to Dismiss the Complaint on counsel for plaintiffs at the address below:

        Rua M. Kelly
        Assistant United States Attorney
        One Saint Andrew's Plaza
        New York, New York 10007

       I further certify under penalty of perjury that the foregoing is true and correct.

Dated: January 25, 2008

                                                       _____