THREE VERULAM BUILDINGS



**William Blair QC**

Call 1972; QC 1994; BA (Oxon)
E-mail: wblair@3vb.com

Bill Blair is a leading QC specialising in the law of domestic and international banking and finance, including financial fraud and conflicts of law. He is a visiting Professor of Law at the London School of Economics. A full CV is available from the practice managers.

### Practice

Commercial work, specialising in domestic and international banking, arbitration, business law, commercial fraud, company law, financial services, financial regulation, international trade, insolvency, conflicts of law.

**Reported cases include:**

- *Brooks Associates Inc v Basu* [1983] QB 220
- *Esal v. Oriental Credit* [1985] 2 Lloyd's Rep 546
- *LAFB v. Bankers Trust* [1989] QB 728
- *LAFB v. Manufacturers Hanover* [1989] 1 Lloyd's Rep 608
- *IE Contractors v. Lloyds Bank* [1990] 2 Lloyd's Rep 696
- *Barclays Bank v. O'Brien* [1994] AC 190
- *Polly Peck v. Citibank* The Times 20 October 1993
- *TSB v. Camfield* [1995] 1 WLR 430
- *Macmillan v. Bishopsgate* [1996] 1 WLR 387
- *Wahda Bank v. Arab Bank* [1996] 1 Lloyd's Rep 470
- *MCC Proceeds v. Bishopsgate* [1999] CLC 417
- *Middle Temple v. Lloyds* [1999] 1 All ER (Comm) 193
- *Struggles v Lloyds Bank* [2000] 06 LS Gaz R 37
- *Banca Carige S.pA. v. Banco Nacional de Cuba* [2001] 2 Lloyd's Rep 147
- *Linklaters v HSBC* [2003] 2 Lloyd's Rep 545
- *Attorney General of Zambia v Meer Care & Desai* [2005] EWHC 2102 (Ch), [2006] EWCA Civ 390, [2007] EWHC 952 (Ch)
- *Suisse Security Bank & Trust v Central Bank of The Bahamas* [2006] UKPC 11, [2006] UKPC 41
- *Donegal International Ltd v Zambia* [2007] 1 Lloyd's Rep 397
- *Conticorp SA v Central Bank of Ecuador* [2007] UKPC 40

### Clients

Banks, financial institutions and their clients in England and internationally.

**Arbitration and mediation**

- Referee (reg. 23 list), Investment Business Compensation Scheme (ICA) 1995 -
- Panel Member, ACI 1999 -
- Panel Member, Review Committee, Banking Code Standards Board 1999 -
- Member, LCIA 2000 -
- CEDR accredited mediator 2000 -

**Appointments**

- Visiting Professor of Law, London School of Economics 1994-
- Honorary Fellow of the Society for Advanced Legal Studies 1997-
- Recorder of the Crown Court- 1998-
- Member of the Academic Advisory Board, Asian Institute of International Financial Law, Hong Kong 1999-
- Visiting Professor, Centre for Commercial Law Studies, Queen Mary, University of London 1999-
- Member, Council of the International Law Association, British Branch 2000-
- Part-time legal Chairman, Financial Services and Markets Tribunal (FINSMAT) 2001-
- Deputy High Court Judge 2003-
- Chairman, Commercial Bar Association (COMBAR) 2003-2005
- Barrister of the Eastern Caribbean Supreme Court in the Territory of the Virgin Islands 2003-
- Chairman of the International Monetary Law Committee of the International Law Association 2004-
- Chairman, Qatar Financial Centre Regulatory Tribunal 2006-
- Member of the Advisory Council, British Institute of International and Comparative Law 2006-

**Other assignments**

- Work with International Monetary Fund (assignments include Eastern Europe, China, Hong Kong, and Kuwait) 1991-
- Drafting payment systems laws, Ghana 1999-2000
- Member, of the Bank of England Task Force on Major Operational Disruption in the Financial System, and Chair of the Emergency Powers Working Group 2003-
  Report at www.bankofengland.co.uk/publications/taskforce

**What the Guides say**

"Interviewees celebrate William Blair QC as a consummate banking lawyer, a reputation that blends well with his work in the financial services industry" (Chambers Client's Guide to the UK Legal Profession (2005)).

The Lawyer Awards 2007, shortlisted finalist, Barrister of the Year

**Pro Bono**

Trustee, International Law Book Facility

Director and Trustee, Jamestown UK Foundation Ltd

**Publications**

**Books**

- Editor *Banks and Remedies*, 2nd edn (LLP, London, 1999)
- Co-editor *Encyclopaedia of Banking Law* (Butterworths, London, 1999) looseleaf and electronic format
- Editor *Banks, Liability and Risk*, 3rd edn, (LLP, London, 2001)
- Co-author *Banking and Financial Services Regulation*, 3rd edn (Butterworths, London, 2002)
- General editor Bullen & Leake & Jacob's *Precedents of Pleadings*, 16th edn (London, Sweet & Maxwell, 2008)
- Co-author *The International Law of Tainted Money*, to be published Oxford University Press 2008

**Periodicals**

- General Editor Journal of Banking Regulation
- Member editorial board of Capital Markets Law Journal
- Member of the editorial advisory boards of Journal of International Banking Law and regulation
- Foreign contributing editor, Banking & Finance Law Review (Canada)

**Articles, casenotes etc**

- *Charges over Cash Deposits*, International Financial Law Review, Nov 1983, p.14
- *Cash Deposits as a Form of Security*, Butterworths, Banking and Financial Law Review, 1987, p.162
- *Negotiability and Estoppel*, 1988, 1 JIBL (Journal of International Banking Law), p.8
- *Following the Proceeds of Fraud*, Current Developments in International Banking, ed Koh Kheng Liang and others, Butterworths, Singapore, 1989 (with P. Cresswell QC), p.266
- *Extraterritorial Orders Affecting Banks*, BFLR (Banking & Finance Law Review), May 1992
- *The Modern Relationship of Banker and Customer in English Law*, (a chapter in European Banking Law, ed R. Cranston, Lloyds of London Press, 1993, 2nd edn, 1999)
- *Regulation and Deregulation in UK*, (a chapter in International Banking Regulation eds JJ Norton, CJ Cheng & I Fletcher, Graham & Trotman, London, 1994) p.81
- *Insulating against Perceived Risks and the Role of the Choice of Law*, NAFTA, Law & Business Review of the Americas, Autumn 1995, p.60
- *Liability Risks in Derivative Sales*, [1996] 1 JIBL, p.18
- *Derivatives Sales Liability: Approach of the English and US Courts*, [1996] 7 JIBL, (with C. Olive), p.263
- *Set-off and Charges over Cash*, 12 BFLR, Sept 1996, p.167
- *Recent Developments in UK Banking Law*, (a chapter in Current Legal Issues Affecting Central Banks, ed R. Effros, Vol 4, International Monetary Fund, March 1997) p.235
- *Liability for Foreign Branch Deposits in English Law*, (a chapter in Making Commercial Law, Essays in honour of Roy Goode, ed R.Cranston, Clarendon Press, Oxford, 1997) p.323
- *Contracts and Monetary Union*, 8 European Business Law Review, Oct 1997, p.228.
- *The Reform of Financial Regulation in the UK*, [1998] JIBL, p.43
- *The Legal Status of Central Bank Investments under English Law*, [1998] Vol 57, Cambridge Law Journal, p.374
- *Derivatives Sales: Private Law and the Impact of Regulatory Standards*, (a chapter in European Securities markets, ed G. Ferrarini, Kluwer, London, 1998) p.135
- *Dealing with Banks in Distress*, foreword and afterword to chs 10 and 11 of Current Legal Issues affecting Central Banks (ed R. Effros, Vol 5, IMF, April 1998) pp.252 and 303
- *Payment Obligations during the Transitional Phase of Monetary Union*, JIBL, special issue on the international financial markets, 1998, p.2 (with Richard Brent)
- *Enforcement of Bank Claims and the Law of Security*, (a chapter in Current Developments in Monetary and Financial Law, Vol 1, International Monetary Fund, 1999), p.451
- *Secondary Liability of Financial Institutions for the Fraud of Third Parties*, (2000) Vol 30 Hong Kong Law

Journal p.74
- *Interference of Public Law in the Performance of International Monetary Obligations*, Ch 21, International Monetary Law, ed Giovanoli, (Oxford University Press, Oxford, 2000)
- *A Successful Milestone in the UK's Regulatory Reform*, Journal of Internat. Banking Reg'n, Vol 2 No 2, July 2000, p.1 (editorial)
- *Liability of Central Banks and Supervisory Authorities*, BIS Legal Experts' Symposium, 19 October 2000
- *International Standards in the Governance of Financial Markets*, Journal of Financial Crime, Vol 8, No 3, Feb 2001, p.248 (with Cheong Ann Png)
- *Jurisdiction, Conflicts of Law, and the Internet*, (chapter 8 in Capital Markets in the Age of the Euro, ed Ferrarini Hopt and Wymeersch, Kluwer, The Hague, 2002) p.153 (with D Quest)
- *Supervision of Financial Institutions in the United Kingdom*, Chapter 23 in Current Developments in Monetary and Financial Law, Vol 2 (International Monetary Fund, 2003), p.489
- *Commentary on 'Documents and Contractual Convergence in International Trade'*, in Commercial Law and Commercial Practice, ed Sarah Worthington (Hart, Oxford, 2003), p.213
- *Global Financial Law*, Law and Financial Markets Review, Vol 1, Issue 5 (Sept 2007)

**Links to recent lectures**

- Legal Issues in the Islamic Financial Services Industry, Kuwait, 1 March 2005
  www.combar.com

- Martyrs Day Memorial Lectures, Accra, Ghana
  Global Financial Law: one law for all? (25 June 2005)
  Judicial Independence and the Constitution in a time of change (28 June 2005)

- Keynote Speech, Kuala Lumpur, 28 March 2007
  3rd Seminar on Legal Issues in the Islamic Financial Services Industry Surveys on Legal and Shari'ah Issues

- The Canadian Institute for Advanced Legal Studies 15th Lecture Series
  Global Financial Law (10 July 2007)
  Queen's College, University of Cambridge, England



3 VERULAM BUILDINGS
Gray's Inn
London WC1R 5NT
Tel: +44(0)20 7831 8441
Fax: +44(0)20 7831 8479
DX: LDE 331
chambers@3vb.com

Close this window

**Page Printed: *http://www.3vb.com/pgs-members/m_wblair.shtml***