020 8447 8066

# Bank of Cyprus (London) Ltd

**Compliance and Operational Risk**
87/93 Chase Side
London N14 5BU

DX 34309
Swift BCYPGB2L

Telephone   020 8267 7205
Fax         020 8886 5026

www.bankofcyprus.co.uk

NCIS
Economic Crime Unit
PO Box 8000
London SE11 5EN

2 July 2002

Dear Sir

**Lycourgos Kyprianou**
**Account number 1002 309604 060**

Last October we reported this customer to you following proceedings against him in the US. I attach a copy of this letter.

We have since heard that he has been charged in US with money laundering, while today he requested us to transfer £125,000 abroad.

We have decided to process this instruction, as the source of the funds is believed to be legitimate, but report the existence of account to you as possibly suspicious in view of the US proceedings.

Yours sincerely

Christopher Davies
Compliance Manager

Registered Office:
27/31 Charlotte Street
London W1T 1RP
Registered Number: 852394 (England & Wales)
Bank of Cyprus (London) Ltd is a member of the Financial Ombudsman Service