**Exhibit A: Potential Witnesses (former or current employees of the Bank)**

| Name of Employee | Current Employee | Residence | Position at the Time of the Events Described in Complaint | Responsibilities at the Time of Events Described in Complaint |
|---|---|---|---|---|
| Constantinos Shiatis | No | Cyprus | Manager of Corporate Banking Centre 2, Nicosia (from 1/9/1995 to 31/12/1998).<br><br>Area Manager of Corporate Banking, Nicosia (from 1/1/1999 to 18/6/2002). | AremisSoft Corporation |
| Michalis Korfiotis | Yes | Cyprus | Assistant Head of Customer Services Department of the International Business Unit, Nicosia (from 14/9/1998 to 31/12/2005). | • AremisSoft Corporation<br>• Semark Consultancy Services Limited<br>• Southwood Management Limited<br>• AremisSoft (EEMEA) Limited<br>• Denon International Ltd.<br>• Still A Life |
| Yiota Georgiou (Koupepidou) | Yes | Cyprus | Assistant Head of Customer Services Department, International Business Unit, Nicosia (from 1/3/2000 to 12/1/2002). | • AremisSoft Corporation<br>• Semark Consultancy Services Limited<br>• Southwood Management Limited<br>• AremisSoft (EEMEA) Limited<br>• Denon International Ltd.<br>• Still A Life |
| Dinos | No | Cyprus | Manager of International | • AremisSoft |

| Constantinou | | | Business Unit, Nicosia (from 8/4/1997 until 3/2000) | Corporation<br>• Semark Consultancy Services Limited<br>• Southwood Management Limited<br>• AremisSoft (EEMEA) Limited<br>• Denon International Ltd.<br>• Still A Life |
| --- | --- | --- | --- | --- |
| Andreas Koumenides | No | Cyprus | Manager of International Business Unit, Nicosia (from 7/4/2000 to 12/2/2006) | • AremisSoft Corporation<br>• Semark Consultancy Services Limited<br>• Southwood Management Limited<br>• AremisSoft (EEMEA) Limited<br>• Denon International Ltd.<br>• Still A Life |

6