**Exhibit B – Additional Witnesses (Non-employees of the Bank)**

| Name | Residence | Relationship |
|---|---|---|
| Panayiota Elia<br><br>Markos Georgiades | Cyprus | Cyprus Legal counsel for AremisSoft Corporation |
| Patsalides & Tymvios, accountants | Cyprus | Accountants for AremisSoft EEMEA<br>Southwood Management Ltd<br>Still A Life<br>Denon International Ltd |
| Lycourgos K. Kyprianou | Cyprus | Chairman of Board and account signatory of AremisSoft Corporation |
| Ermioni Kyprianou | Cyprus | Wife of Lycourgos K. Kyprianou |
| Maria Makrigiorgi | Cyprus | Secretary of AremisSoft EEMEA |
| S. Efstathiou<br><br>K. Nikita-Stephanides | Cyprus | Employees of Central Bank of Cyprus who granted exchange control permit/s for Semark Consultancy Services Ltd |
| Eleni Pouli, Yiannis Kalavanas, Stalo Chaili, Mary Piki, Katy Kyriakidou, Nedi Papadatou | Cyprus | Employees of Central Bank of Cyprus who granted exchange control permit/s for AremisSoft EEMEA |