HUGHES HUBBARD & REED LLP
John Fellas
Marc A. Weinstein
Sarah L. Cave
Hagit Elul
One Battery Park Plaza
New York, New York 10004
(212) 837-6000 (telephone)
(212) 422-4726 (facsimile)

*Attorneys for Defendant Bank of Cyprus Public Company Limited*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

BANK OF CYPRUS
PUBLIC COMPANY LIMITED,

                Defendant.

Index No.: 07 CIV 9234 (CSH)

## CERTIFICATE OF SERVICE

       I, Hagit Elul, being duly sworn, deposes and says, that I am over the age of eighteen (18) years, not a party to this action, and that, on the 25th day of January 2008, I caused to be served by ECF and by FedEx a true and accurate copy of the Declaration of Louis Pochanis in Support of Defendant Bank of Cyprus Public Company Limited's Motion to Dismiss the Complaint on counsel for plaintiffs at the address below:

        Rua M. Kelly
        Assistant United States Attorney
        One Saint Andrew's Plaza
        New York, New York 10007

       I further certify under penalty of perjury that the foregoing is true and correct.

Dated: January 25, 2008

                                                                                                     *[signature]*