USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-7-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

UNITED STATES OF AMERICA

               Plaintiff,

      - v -

BANK OF CYPRUS PUBLIC
COMPANY LIMITED,

              Defendant.
---------------------------------------------------------------x

STIPULATION & ORDER

07 Civ. 9234 (CSH)

        WHEREAS, on October 15, 2007, the United States filed the Complaint in this action, and

        WHEREAS, on October 16, 2007, defendant Bank of Cyprus Public Company Limited ("Bank of Cyprus"), pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, waived service of a summons, and

        WHEREAS, pursuant to an agreement by the parties, entered as an Order by this Court on January 9, 2008 (the "January 2008 Scheduling Order"), the time for Bank of Cyprus to answer, move or otherwise respond to the Complaint, pursuant to Rule 12(a)(1)(B) of the Federal Rules of Civil Procedure, was extended to and including January 25, 2008, and

        WHEREAS, on January 25, 2008, Bank of Cyprus filed a motion to dismiss the Complaint,

        WHEREAS, pursuant to the January 2008 Scheduling Order, the time for the United States to serve an opposition to a motion to dismiss was extended to and including March 24, 2008, and

WHEREAS, pursuant to an agreement by the parties, entered as an Order by this Court on March 5, 2008 (the "March 2008 Scheduling Order"), the time for the United States to serve an opposition to the motion to dismiss was extended to and including April 2, 2008.

IT IS HEREBY STIPULATED AND AGREED that the time for the United States to serve an opposition to a motion to dismiss is extended to and including April 23, 2008, and

IT IS FURTHER STIPULATED AND AGREED that the time for Bank of Cyprus to serve a reply to any opposition served by the United States is extended to and including May 30, 2008.

Dated: New York, New York
April 2, 2008

MICHAEL J. GARCIA
UNITED STATES ATTORNEY
FOR THE SOUTHERN DISTRICT
OF NEW YORK

By: Rua M. Kelly,
Assistant United States Attorney

One Saint Andrews Plaza
New York, New York 10007
(212) 637-2471

*Attorneys for Plaintiff
The United States of America*

HUGHES HUBBARD & REED LLP

By: John Fellas
Marc A. Weinstein

One Battery Park Plaza
New York, New York 10004
(212) 837-6000

*Attorneys for Defendant
Bank of Cyprus Public Company Limited*

SO ORDERED. 04/09/08

HONORABLE CHARLES S. HAIGHT, JR.
UNITED STATES DISTRICT JUDGE