# <u>EXHIBIT A</u>



SUPPLEMENTAL EXHIBIT A

### CONSENT TO JURISDICTION

Each of Bank of Cyprus Ltd ("Bank"), a bank organized under the laws of Cyprus, and Bank of Cyprus (Holdings) Ltd ("Parent"), a company organized under the laws of Cyprus, consents to the jurisdiction of the United States for purposes of any and all claims made by, proceedings initiated by, or obligations to, the United States, the Board of Governors of the Federal Reserve System ("Board of Governors") and any United States governmental agency, department or division.

Bank and Parent designate Christodoulos Ioannides as its registered agent to receive service of process on Bank or Parent in connection with such action.   Bank and Parent agree to maintain a registered agent in the United States and to notify the Board of Governors of any change in the designated registered agent.


..................................................     Date:  30 March 1993
Antonis Jacouris
Manager
Overseas & Specialised Banking Division
Bank of Cyprus Ltd


..................................................     Date:  31 March 1993
Evdokimos Xenophontos
General Manager
Bank of Cyprus (Holdings) Ltd