# **EXHIBIT B**

RECEIVED
AUG 26 1992
FOREIGN BANKING APPLICATIONS DEPT.

PUBLIC INSPECTION COPY

FOREIGN BANKING APPLICATIONS DEPT.
APPLICATION NO. ___/24
Received  8/24/92

APPLICATION
to the
BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM

by

Bank of Cyprus Ltd
Nicosia, Cyprus

For prior approval pursuant to Section 10(a) of the International Banking Act of 1978, as amended by Section 204 of the Foreign Bank Supervision Enhancement Act of 1991, to establish a representative office.

OFFICIAL RECORD COPY
REVIEWED FOR PUBLIC INSPECTION
ANALYST _____
REVIEWER _____
DATE 12/10/92

Draft: _____          Final:   X

INFORMATION REQUESTED IN CONNECTION WITH
APPLICATIONS BY FOREIGN BANKS TO ESTABLISH
REPRESENTATIVE OFFICES IN THE UNITED STATES

1.     (a)     Provide the name and address of the Applicant.

                     Bank of Cyprus Ltd
                     86, 88, 90 Phanorenis Street
                     P.O. Box 1472
                     Nicosia, Cyprus

      (b)     Provide the name and telephone number of the contact person.

                     Anthony Jacouris
                     Group Secretary
                     Bank of Cyprus
                     (Telephone: 011-357-2-468-414)

2.     State the intended location of the proposed representative office (street or post office address, city, county, state).

       The Applicant intends to establish its representative office at a location in Astoria, Queens County in the City of New York, State of New York. The Applicant plans to enter into a lease for office space in this area within approximately two months of its anticipated receipt of all necessary approvals from the Board and the New York Superintendent of Banks to establish the representative office. The Applicant will provide the specific address of the proposed representative office once it has entered into the lease.

3.     (a)     Provide a statement from the appropriate authorities in the home country of the Applicant and, if different, the home country of any top tier foreign bank in the ownership chain, that such authorities do not object to the establishment of the proposed office.

       The home country of the Applicant and its parent, Bank of Cyprus (Holdings) Ltd ("Holdings"), is Cyprus. The Central Bank of Cyprus (the "Central Bank") has delivered to the Applicant a letter dated January 15, 1992, which indicates that the Central Bank does not object to the establishment of the proposed office by the Applicant. A copy of this letter is attached hereto as Exhibit 1.

PUBLIC INSPECTION COPY

  (b)  Provide a statement from the Applicant's home country supervisor that the Applicant is duly organized, licensed as a bank, and in good standing.

The Central Bank has sent directly to the Federal Reserve Bank of New York a letter, dated July 17, 1992, which states that the Applicant is duly organized and licensed as a bank under the laws of Cyprus and is in good standing.

4. Briefly describe the bank regulatory system that exists in the home country of the Applicant and, if different, the home country of any top tier foreign bank in the ownership chain. For each bank in a different home country, the descriptions should address:

  (a)  The extent to which the bank is subject to comprehensive supervision or regulation on a consolidated basis by its home country authority;

  (b)  Powers and functions of bank supervisory authorities; and

  (c)  Frequency and scope of direct or indirect supervisory examinations of banks.

The Central Bank, as the Applicant's home country regulator, exercises comprehensive supervision or regulation on a consolidated basis over the Applicant and all of its offices and subsidiaries. The Central Bank was created by The Central Bank of Cyprus Law, 1963 and is responsible for supervising all licensed banks in Cyprus. A copy of the Central Bank of Cyprus Law, 1963 is attached hereto as Exhibit 2. The Cyprus financial system and the regulation thereof are described in the guides published by the Applicant and Price Waterhouse and in "The Supervisory and Regulatory Framework of the Banking System in Cyprus" prepared by the Central Bank. Copies of these descriptions are attached hereto as Exhibit 3 and may be summarized as follows with respect to which the Central Bank supervises or regulates the Applicant and other banks in Cyprus.

A. The Regulatory Framework

The two basic objectives of the Central Bank's supervisory role are to promote conditions of monetary stability and to safeguard the solvency and liquidity of financial institutions in Cyprus. Within this framework, the major elements of bank supervision and related regulations concern:

PUBLIC INSPECTION COPY

 (a)  Minimum liquidity requirements (including minimum reserve requirements);

 (b)  Capital adequacy requirements;

 (c)  Various regulations and guidelines regarding the use of funds by commercial banks, including the regulation of banks' loan portfolios so as to ensure adequate quality, credit facilities provided to individual borrowers and investments by banks in shares of other companies; and

 (d)  Regulations regarding the issue of long-term capital.

B. <u>Bank Supervision</u>

The Applicant is subject to off-site examinations and on-site inspections by the Central Bank. In connection with an off-site examination, the Applicant is required to submit to the Central Bank various periodic reports. These reports include a monthly balance sheet, weekly liquidity reports, biweekly statements of net foreign working balances, semi-annual and annual profit and loss statements, semi-annual capital adequacy report, semi-annual credit card report, semi-annual report on income generated in the banking system, semi-annual report on bank branches, semi-annual report on credit facilities to customers and directors, annual schedule of Applicant's shareholdings, quarterly report on foreign exchange positions and quarterly report on the purchase financing activities of companies controlled by the Applicant. These reports not only are used for statistical purposes but also are analyzed by the Central Bank with the view to identifying any problems in verifying compliance with standing instructions.

On-site inspections or spot examinations of the Applicant are undertaken by a team of examiners under the supervision of suitably qualified and experienced officers of the Central Bank. These inspections are usually carried out every year. The Central Bank started conducting its current on-site inspection of the Applicant on June 1, 1992, and this inspection is expected to be completed by the end of September 1992. The previous on-site inspection of the Applicant was completed by the Central Bank in January 1992. The objective of an on-site inspection is to verify the Applicant's current and future soundness. Each examination is preceded by a review of previous reports and the examination questionnaire submitted each year by the Applicant. The main areas of examination may be summarized as follows:

 (a)  Management and internal controls;

*PUBLIC INSPECTION COPY*

(b) Credit review in order to access lending procedures, ensure quality of lending and the adequacy of the provision for loan losses;

(c) Liquidity management;

(d) Review of financial information;

(e) Capital adequacy and profitability;

(f) Compliance with directives and guidelines issued by the Central Bank;

(g) Review of findings with the Applicant's management;

(h) Filing of a written examination report; and

(i) Follow-up on suggestions made in the examination report.

As part of its supervisory responsibilities over the Applicant, the Central Bank arranges, following the completion of a spot examination of the Applicant, trilateral meetings with the Applicant and its auditors to discuss matters relevant to the Central Bank's supervisory responsibilities that may have arisen in the course of the audit of the Applicant. Such matters include relevant aspects of the Applicant's business, its accounting and control systems and its annual accounts.

Several remedial tools are available to the Central Bank in connection with its supervision and regulation over banks in Cyprus. For example, the Controller of Banks in Cyprus, who is also the Governor of the Central Bank, is authorized to issue licenses to banks in Cyprus. These bank licenses may be issued subject to various conditions and may at any time be amended, modified or even revoked by the Controller of Banks. In particular, the failure by a bank to comply with any conditions that are attached to its license may lead to the revocation of the license as well as the prosecution of the persons responsible for such failure. Short of revoking a bank's license, the Controller of Banks may order a bank to terminate any activities that the Central Bank has determined are not permitted for banks to conduct in Cyprus. In addition, a civil fine may be imposed against banks in Cyprus that fail to provide information requested by the Central Bank about their activities.

The Applicant's parent company, Holdings, does not engage in any banking or nonbanking activities, other than owning all the shares of its subsidiaries. Although the Central Bank does not directly supervise or regulate Holdings, the Central Bank will review the overall activities of Holdings' subsidiaries

- 4 -

PUBLIC INSPECTION COPY

and may informally discuss with Holdings any of its concerns about those activities.

The Central Bank directly supervises and regulates transactions between the Applicant and its affiliates through its regulation of the Applicant. For example, the Central Bank has adopted guidelines that restrict extensions of credit by the Applicant to its affiliates as a percentage of the Applicant's capital. These guidelines are based on the recommendations of the Basle Committee on Banking Regulation and Supervisory Practices and are consistent with the purpose of Section 23A of the Federal Reserve Act of regulating extensions of credit by insured banks to any of their affiliates. The regulation by the Central Bank of large credit exposures and lending concentrations of banks in Cyprus is described in greater detail on pages 1 and 2 of Exhibit 3.

Furthermore, several affiliates of the Applicant are subject to direct supervision and regulation by governmental bodies other than the Central Bank. For example, the General Insurance Company of Cyprus Ltd and Eurolife Ltd are subject to comprehensive supervision and regulation by the Superintendent of Insurance in Cyprus. The Superintendent of Insurance was created by the Insurance Law of 1967, and its principal functions include:

(a) Examination of an insurance company's financial standing;

(b) Regulation of funds for investment;

(c) Preapproval of insurance products; and

(d) Licensing of agents.

The Bank of Cyprus Finance Corporation is supervised and regulated by the Hire Purchase Control Division of the Ministry of Finance under the Hire Purchase Law of 1966. In addition, legislation is under consideration in Cyprus that would create a new government body in the Ministry of Finance to supervise the activities of the Cyprus Investment and Securities Corporation and other investment companies in Cyprus.

5. (a) Provide a brief history of the Applicant, including ranking by asset size in the home country and number of offices operated in the home country.

(b) Give a brief summary of the Applicant's experience in international banking, including:


PUBLIC INSPECTION COPY

- the volume and character of its current international business;

- a description of the structure of the Applicant's foreign or international department;

- the location, number and asset size of existing foreign offices; and

- the number of international staff.

(c) Discuss whether the Applicant engages directly in the business of banking outside the United States.

The Applicant is the oldest and largest banking institution in Cyprus. It was founded in 1899 under the name of "Nicosia Savings Bank" by a group of progressive businessmen in Nicosia, Cyprus. The Applicant was later incorporated under the name of Bank of Cyprus. Following a number of mergers with other regional banks, the Applicant emerged as the major bank in Cyprus. A reorganization was implemented in 1973, and Holdings was incorporated and became the holding company of the Applicant and its affiliates. As of December 31, 1991, the Applicant had capital and assets in excess of CY £90 million and CY £1.5 billion, respectively, and employed more than 2,000 people.

The Applicant offers a comprehensive range of banking services, such as deposit accounts, short- and long-term financing, facilities for international transactions, trustee services and card services.

As of December 31, 1991, the Applicant operated 169 branches throughout Cyprus. It maintains correspondent relationships with more than 2,200 banks around the world, including most of the largest international banks.

The Foreign Exchange, the Money Market and Foreign Relations departments constitute the International Division of the Applicant. The Foreign Exchange Department currently has more than a 50% share of the foreign exchange market in Cyprus. The Applicant purchases and sells foreign exchange only for the accounts of its customers.

The Money Market Department is responsible for the placement of foreign deposits abroad. The two major currencies of the Applicant's foreign deposit portfolio are the British pound and the US dollar.

The Foreign Relations Department deals mostly with correspondent banks. It maintains correspondent relationships with more than 2,200 banks around the world.

On an international level, the Applicant has activities in the United Kingdom through its subsidiary company, the Bank of Cyprus (London) Ltd, and in Greece through its branch in Athens. The Applicant also has two representative offices in Australia, one in Sydney and the other in Melbourne.

The Bank of Cyprus (London) Ltd, which was established in 1955, is a commercial bank chartered in the United Kingdom. It has six branches in central areas of London, one in Birmingham and a representative office in Manchester. As of December 31, 1991, its capital base exceeded BP £17 million, its assets totalled approximately BP £190 million and its employees numbered more than 150. It offers all types of banking and related services mainly to the Cypriot community in the United Kingdom.

The Applicant's branch in Athens was opened at the beginning of 1991 (previously a representative office was maintained). The Applicant's medium term strategic objective is to strengthen gradually its presence in the Greek market through the development of a branch network. The Applicant plans to operate another two branches before the end of 1992. Presently the Athens branch employs more than 50 people.

In an effort to better serve the sizeable Cypriot community in Australia, the Applicant established and operates two representative offices in Sydney and Melbourne. These representative offices act as a liaison between the Applicant and customers in Australia, solicit business on behalf of the Applicant and provide research on various matters in which the Applicant is interested.

6.  **Provide an organization chart for the Applicant and its top tier parent, if any, showing all related companies in which 25% or more of the voting securities are directly or indirectly owned, controlled, or held with power to vote, or otherwise controlled. Include the place of incorporation of all companies.**

An organization chart for the Applicant and its top tier parent and their related companies is attached hereto as Exhibit 4. The address of each company listed in the organization chart is attached hereto as Exhibit 5. A description of the activities of the Applicant and its subsidiaries and the direct subsidiaries of Holdings is set forth on page 43 of Holdings' 1991 annual report.

No shareholder owns or controls 5 percent or more of the shares of Holdings. The composition of Holdings'

- 7 -

PUBLIC INSPECTION COPY

shareholders is set forth on page 4 of Holdings' 1991 annual report.

7. Provide the following for the Applicant[1]:

   (a) Parent and consolidated balance sheets, showing separately each principal group of assets, liabilities, and capital accounts as the end of the most recent fiscal quarter and for the comparable quarter of the preceding year.

   (b) Parent only and consolidated income statements showing separately each principal source of revenue and expense, through the end of the most recent fiscal quarter and for the past fiscal year. For statements reflecting the most recent quarterly information, also provide the statements for the comparable period of the preceding year.

Copies of the consolidated balance sheets and consolidated income statements, as of December 31, 1991, for the Applicant and Holdings are attached hereto as Exhibit 6. Copies of their consolidated balance sheets and consolidated income statements, as of March 31, 1992 and March 31, 1991, are attached hereto as Confidential Exhibit 7. Consolidated balance sheets and income statements as of June 30, 1992 for the Applicant and Holdings will be submitted once they become available.

8. (a) Describe the existing operations of the Applicant and its ultimate parent, if any, in the United States, including bank and nonbank subsidiaries, branches and agencies, commercial lending companies and representative offices.

   (b) If any existing office has been determined by its U.S. regulator to be in less than satisfactory condition, the Applicant should discuss why it believes it should be permitted to enter or expand in the United States, notwithstanding that condition.

---

[1] The statements may be prepared in accordance with local accounting practices; however, an explanation of the accounting terminology and the major features of the accounting standards used in the preparation of the financial statements must be provided.

- 8 -

PUBLIC INSPECTION COPY

    (c)      Discuss the purposes for establishing the proposed representative office and reasons why it is believed that such office would further the development of the Applicant's international or foreign business.

The Applicant currently does not operate an office in the United States. The establishment of a representative office by the Applicant will represent the initial entry by the Applicant into the United States. The Applicant will initially establish the representative office to explore the possibility of establishing a U.S. branch, agency or subsidiary bank in the future and to further the development of its international business by improving its contacts with Cypriots residing in New York and with its correspondent banks in New York and throughout the rest of the United States. Applicant expects that the office manager of the representative office will produce a report with the assistance of the Applicant's other officials in Cyprus for the purpose of determining the type of presence to be established by the Applicant in New York, the target market, the time of entry and other factors that may be relevant. The Applicant expects that this report will be completed within two years of the opening of the representative office.

9.      Describe the type of activities to be conducted in the proposed office. Provide projected balance sheets and income and expense items for the proposed office for the first three years of operation.

The Applicant's representative office will engage in activities that have been traditionally performed by representative offices of foreign banks in the United States and that are permissible under the New York Banking Law. The activities expected to be conducted by the Applicant's representative office include the following:

    (a)      Attend meetings with correspondent banks and corporations located in the United States that are seeking information about Cyprus and Greece;

    (b)      Act as liaison between the Applicant and its correspondent banks in the United States in connection with transactions entered into between such banks and the Applicant;

    (c)      Provide the Applicant with information in respect of the possible establishment of a full service branch in New York and other matters in which the Applicant may be interested;

PUBLIC INSPECTION COPY

- 9 -

 (d) Provide advice on economic conditions in Cyprus, investment opportunities in Cyprus and tax treatment of offshore companies in Cyprus; and

 (e) Advertise the Applicant's legal and trustee services (provided through the Applicant's offices in Cyprus and Greece), such as management of movable and immovable property in Cyprus and in Greece, management of trust funds and administration of estates of deceased persons.

In addition, the proposed representative office will advertise the services offered by the Applicant in Cyprus to U.S. and Canadian corporations seeking information concerning the establishment of an offshore company in Cyprus. Furthermore, the representative office will supply names, addresses and telephone numbers of the Applicant's staff in Cyprus and Greece in case of any inquiry.

 The Applicant confirms that the representative office will not under any circumstances engage in the solicitation of retail deposits or in the extension of credit or in any activity that will resemble the solicitation of retail deposits or extension of credit.

 The projected expense items for the Applicant's representative office for each of the first three years of operation are attached as Confidential Exhibit 8.

10. **Indicate the manner in which, and the extent to which, the Applicant proposes to direct and supervise the activities of the proposed office.**

 The Applicant will direct and supervise the activities of its representative office in New York on a regular basis through off-site examinations and on-site inspections of such office.

 The Applicant will supervise the representative office as it supervises any of its other cost centers. In particular, the Applicant's Planning Committee will plan and monitor the activities of the representative office and other cost centers. This process will include an annual review of the budget and the five-year projections and policies for the representative office. The Planning Committee consists of senior members of the Applicant's staff and members of its board of directors, including the Chairman of the Board of Holdings. In connection with this examination, the representative office will submit to the Applicant's head office the following reports:

PUBLIC INSPECTION COPY

- 10 -

    (a)    Budget report (annually);

    (b)    Expense report (quarterly); and

    (c)    Activity report (weekly) - This report will cover all the activities of the representative office for the current week.

On-site inspections of the representative office will be undertaken by one of the following:

    (a)    A. Jacouris FCA
           Manager Overseas and Specialized Banking Division

    (b)    S. Christodoulou ACA
           Group Internal Auditor

    (c)    P. Kanaris FCCA
           Chief Inspector

Mr. Jacouris trained and worked for seven years with Coopers and Lybrand in the United Kingdom, The Netherlands and Greece. He has served as a senior officer of the Applicant for the last twelve years.

Mr. Christodoulou trained and worked for seven years with Touche Ross Co. in the United Kingdom and in Cyprus. He has been with the Applicant at his current position for the last two years.

Mr. Kanaris joined the Applicant's General Accounts Department in 1971. He headed this department from 1982 to 1986 and was then transferred as Senior Inspector to the Applicant's Internal Audit Division. He was promoted to Chief Inspector last year.

The on-site inspections of the representative office will be carried out at least once a year. The main areas of examination will be compliance with the Applicant's directives and guidelines, including compliance with applicable U.S. law and regulations by the representative office. The Applicant's Internal Audit Division follows approved auditing standards in consultation with its external auditors, Ernst & Young.

11.    Indicate the total number of individuals to be employed in the proposed representative office. Provide the names and give a brief description of the experience of the proposed office manager. Provide the information requested in the biographical form (to be provided) for this individual.

The Applicant will employ initially an office manager and a secretary in the representative office. The office manager

PUBLIC INSPECTION COPY

will be Christodoulos Ioannides. Mr. Ioannides has broad-based experience with commercial banks in Cyprus, is thoroughly familiar with the Applicant's operations and policies and has resided previously in the United States. The requested biographical information for Mr. Ioannides is attached hereto as Exhibit 9.

12. The Applicant and its ultimate parent (bank or holding company), if any, should provide adequate assurances that such information on the operations or activities of the foreign bank and any of its affiliates will be provided to the Board as the Board deems necessary in order for it to determine and enforce compliance with the International Banking Act, the Bank Holding Company Act and other applicable Federal laws. Describe whether there exists any secrecy laws or other impediments that would restrict the ability of the Applicant and its ultimate parent, if any, to provide information to the Board as needed by the Board to determine and enforce compliance with U.S. law. If any impediments exist, explain how the Applicant and the ultimate parent, if any, propose to provide the Board with assurances of access to such information. Describe what policies, procedures and internal audit measures will be put in place to assure compliance with U.S. law.

A proposed letter of assurance from the Applicant is attached hereto as Exhibit 10. With respect to such letter, the Applicant is not aware of any impediments that will restrict its ability to provide any information to the Board concerning the activities and operations of the Applicant and its affiliates. However, the law in Cyprus and other jurisdictions in which the Applicant and its subsidiaries operate may restrict the disclosure of information in their possession that relates to their individual customers.

With respect to the confidentiality of customer information, the Applicant's operations are generally governed by an implied contract between a bank and its customer. Pursuant to this implied contract, the Applicant has a duty not to disclose information to third parties that relates to the customer's account, his transactions with the Applicant or any information acquired by the Applicant while maintaining the account. However, this duty is not absolute, and the Applicant may be required to disclose customer information under any of the following conditions:

(a) Where disclosure is required by law;

(b) Where there is a duty to the public to disclose;

- 12 -

PUBLIC INSPECTION COPY

(c) Where the interests of the bank require disclosure; and

(d) Where disclosure is made by the express or implied consent of the customer.

These four conditions are described in detail in Confidential Exhibit 11 hereto. The Applicant believes that pursuant to these conditions, the Applicant and Holdings should be able to provide information to the Board as needed by the Board to determine and enforce compliance with U.S. law.

Please see the Applicant's response to item 10 for a description of the measures that the Applicant and its affiliates will follow to comply with U.S. law.

13. **Discuss whether the establishment of the representative office is permitted by state law.**

Section 221-a of the New York Banking Law requires a foreign bank to obtain a license from the Superintendent of Banks in order to establish a representative office in New York. Upon receipt of such license, the foreign bank may establish one or more representative offices which will be subject to examination at the discretion of the Superintendent of Banks.

A representative office is authorized explicitly under Section 221-a to conduct the following activities: "solicitation of loans and in connection therewith, assembly of credit information, making of property inspections and appraisals, securing of title information, preparation of applications for loans including making recommendations with respect to action thereon, solicitation of investors to purchase loans from the bank the search for such investors to contract with the bank for the servicing of such loans; solicitation of new business and conduct of research." A representative office may engage in other activities under Section 221-a with the prior approval of the Superintendent of Banks.

The Applicant is applying under Section 221-a simultaneously with this application to the Board for a license from the Superintendent of Banks to establish the proposed representative office. The Applicant's representative office will engage only in activities explicitly authorized for representative offices under Section 221-a.

PUBLIC INSPECTION COPY