# **EXHIBIT E**

# Bank of Cyprus 

Zaharo Soflanou
Chief Representative

New York Representative Office
80 Broad Street
New York, NY 10004-2209
Telephone (212) 759-7280
Fax (212) 759-7327

Mr. David Fredsall
Deputy Superintendent
Foreign and Wholesale Banks Division
New York State Banking Department
One State Street
New York, NY 10004

September 25, 2007

Re: Voluntary Surrender of Banking License

Dear Mr. Fredsall:

I would like to inform you that the Bank of Cyprus Public Company Ltd. has decided to close its New York Representative Office.

I am attaching a certified copy of the Board Resolution approving the decision to close the office.

The office will be closed on November 30th, at which time I will be surrendering the original license back to the New York State Banking Department.

Sincerely,

Cc:   Mr. Thomas Dolan, Relationship Manager, Bank Supervision
      Mr. Evan Thomas, Bank Applications Function

      Federal Reserve Bank of New York
      33 Liberty Street,
      New York, NY 10045-0001

RECEIVED
SEP 2 6 2007
NYS BANKING DEPARTMENT
FOREIGN AND WHOLESALE
BANKS DIVISION