

**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

       Plaintiff,

  -against-

BANK OF CYPRUS PUBLIC COMPANY
LIMITED,

       Defendant.

Index No. 07 CIV 9234 SDNY

WHEREAS, on October 15, 2007, the United States filed the Complaint in this action; and

WHEREAS, on January 25, 2008, Bank of Cyprus filed a motion to dismiss the Complaint; and

WHEREAS, pursuant to an agreement by the parties, entered as an Order by this Court on April 7, 2008, the time for the United States to serve an opposition to the motion to dismiss was extended to and including April 23, 2008, and the time for Bank of Cyprus to serve a reply to any opposition by the United States was extended to and including May 30, 2008; and

WHEREAS, on April 23, 2008, the United States served an opposition to the motion to dismiss;

IT IS HEREBY STIPULATED AND AGREED that the time for Bank of Cyprus to serve a reply to the opposition served by the United States is extended to and including June 20, 2008.

Dated: New York, New York
    May 29, 2008

| | |
|---|---|
| MICHAEL J. GARCIA,<br>UNITED STATES ATTORNEY<br>FOR THE SOUTHERN DISTRICT<br>OF NEW YORK | HUGHES HUBBARD & REED LLP |
| By: /s/ Rua M. Kelly<br>     Assistant United States Attorney | By:  John Fellas<br>     Marc Weinstein<br>     Sarah Cave |
| One Saint Andrew's Plaza<br>New York, New York 10007<br>(212) 637-2471<br>Rua.kelly@usdoj.gov | One Battery Park Plaza<br>New York, New York 10004<br>(212) 837-6075<br>fellas@hugheshubbard.com |
| *Attorneys for Plaintiff*<br>*The United States of America* | *Attorneys for Bank of Cyprus Public*<br>*Company Limited* |

SO ORDERED:

_____
HONORABLE CHARLES S. HAIGHT, JR.
UNITED STATES DISTRICT JUDGE

2