HUGHES HUBBARD & REED LLP
John Fellas
Marc A. Weinstein
Sarah L. Cave
Hagit Elul
One Battery Park Plaza
New York, New York 10004
(212) 837-6000 (telephone)
(212) 422-4726 (facsimile)

*Attorneys for Defendant Bank of Cyprus Public Company Limited*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                    Plaintiff,

        -against-

BANK OF CYPRUS
PUBLIC COMPANY LIMITED,

                    Defendant.

Index No.: 07 CIV 9234 (CSH)

## CERTIFICATE OF SERVICE

      I, Hagit Elul, being duly sworn, deposes and says, that I am over the age of eighteen (18) years, not a party to this action, and that, on the 20th day of June 2008, I caused to be served by ECF and by FedEx a true and accurate copy of the Reply Declaration of John Fellas together with the Reply Memorandum of Law in Support of Defendant Bank of Cyprus Public Company Limited's Motion to Dismiss the Complaint on counsel for plaintiffs at the address below:

                Rua M. Kelly
                Assistant United States Attorney
                One Saint Andrew's Plaza
                New York, New York 10007

      I further certify under penalty of perjury that the foregoing is true and correct.

Dated: June 20, 2008

                                          _____