AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     NEW YORK

United States of America

v.

Bank of Cyprus Public Company Ltd.

**APPEARANCE**

Case Number: 07 Civ. 9234(CSH)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

United States of America

I certify that I am admitted to practice in this court.

July 18, 2008
Date

*(signature)*
Signature

Jeff Alberts     JA-9809
Print Name     Bar Number

U.S. Attorney's Office - 1 St. Andrew's Plaza
Address

New York,     New York     10007
City     State     Zip Code

(212) 637-1038     (212) 637-0421
Phone Number     Fax Number