```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/19/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
UNITED STATES OF AMERICA,            :
                                     :      07 Civ. 9234 (CSH)
                    Plaintiff,       :
                                     :
        -against-                    :
                                     :      ORDER
BANK OF CYPRUS PUBLIC COMPANY        :
LIMITED,                             :
                                     :
                    Defendant.       :
------------------------------------------------------------ x

HAIGHT, Senior District Judge:

On July 18, 2008, plaintiff United States of America ("the government") applied for leave to file a sur-reply to the defendant Bank of Cyprus Public Company Limited's Motion to Dismiss the Plaintiff's Complaint in the above-captioned case. On the same day, the government made a separate, but nearly identical, application for leave to file a sur-reply to the defendant Lloyds TSB Bank plc's Motion to Dismiss the Plaintiff's Complaint in *United States v. Lloyds TSB Bank plc*, No. 07 Civ. 9235 (CSH). The Court granted the latter application on August 12, 2008 by memo-endorsing the government's letter, and the Court's order further permitted the defendant "Banks" to file response papers on or before August 27, 2008. This Order clarifies the status of the government's request for leave to file a sur-reply in the above-captioned case.

Plaintiff's application for leave to file and serve a sur-reply in the above-captioned case is granted. The proposed sur-reply brief enclosed with plaintiff's letter of request will be filed and considered by the Court. The defendant may file and serve a response to this sur-reply brief on or before September 5, 2008.

It is SO ORDERED.

Dated: New York, New York
August 19, 2008

_____
CHARLES S. HAIGHT, JR.
SENIOR UNITED STATES DISTRICT JUDGE

2