UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,                        :
                                                 :    07 Civ. 9234 (CSH)
                    Plaintiff,                   :
                                                 :
        v.                                       :
                                                 :
BANK OF CYPRUS PUBLIC COMPANY                    :    NOTICE OF APPEARANCE
LIMITED,                                         :
                                                 :
                    Defendant.                   :
------------------------------------------------------------------X

TO THE CLERK OF THIS COURT AND all parties of record:

Enter my appearance as counsel in this case for Joseph P. La Sala and Fred S. Zeidman, as Co-Trustees of the AremisSoft Corporation Liquidating Trust, the Plaintiff in the following related action: <u>Joseph P. LaSala and Fred S. Zeidman, as Co-Trustees of the AremisSoft Corporation Liquidating Trust v. Bank of Cyprus Public Company Limited</u>, 06 Civ. 6673 (CSH).

I certify that I am admitted to practice in this Court.

Dated:  August 21, 2008                    s/Hal M. Hirsch_____
                                              Hal M. Hirsch, Esq. (HH0417)

                                           GREENBERG TRAURIG LLP
                                           200 Park Avenue, 15th Floor
                                           New York, New York 10166
                                           Tel: 212-801-9200
                                           Fax: 212-801-6400