```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
UNITED STATES OF AMERICA,            :
                                     :     07 Civ. 9234 (CSH)
            Plaintiff,               :
                                     :
        -against-                    :
                                     :
BANK OF CYPRUS                       :     **ORDER**
PUBLIC COMPANY LIMITED,              :
                                     :
            Defendant.               :
-----------------------------------------------------------

Defendant Bank of Cyprus Public Company Limited ("the Bank of Cyprus") moves to dismiss the Government's complaint against it. The Government seeks to hold the Bank of Cyprus liable for a civil penalty as the result of alleged violations of the Money Laundry Control Act of 1986 as amended, 18 U.S.C. §§ 1956 and 1957.

The Bank of Cyprus's motion to dismiss the complaint is granted pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, for lack of subject matter jurisdiction. The court's reasons are set forth in its Memorandum Opinion and Order in the companion case of *United States v. Lloyds Bank PLC*, S.D.N.Y. Docket Number 07 Civ. 9235, filed concurrently herewith. The decisive facts of the two cases are indistinguishable, and the governing law is the same for each.

The Clerk of the Court is directed to dismiss the complaint without prejudice for lack of subject matter jurisdiction.

It is SO ORDERED.

Dated:  New York, New York
        March 31, 2009

                                    _____
                                    CHARLES S. HAIGHT, JR.
                                    SENIOR UNITED STATES DISTRICT JUDGE